UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARENDON AMERICA INSURANCE
COMPANY,

    Plaintiff,

-vs-                                Case No. 6:09-cv-1181-Orl-28KRS

JEDAK CORPORATION, SEABREEZE
OFFICE ASSOCIATES, LLC, NEIL
HUNTER,

    Defendants.

## ORDER

This case is before the Court on "Defendants Seareeze's Motion for Leave of Court to Assert a Crossclaim" (Doc. No. 34) filed December 11, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 20, 2010 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Seabreeze Office Associates. LLC's Motion for Leave of Court to Assert a Crossclaim (Doc. No. 34) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this 11th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party